IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| J. SUNITA PEACOCK, | ) | Civil Action No. 2:16-cv-00163 |
| | ) | |
| Plaintiff, | ) | The Hon. Lisa Pupo Lenihan |
| | ) | U.S. Magistrate Judge |
| vs. | ) | |
| | ) | |
| SLIPPERY ROCK UNIVERSITY OF PENNSYLVANIA, WILLIAM WILLIAMS, and JACE CONDRAVY, | ) ) ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

AND NOW COME the parties, through respective counsel, and hereby stipulate that the above-captioned action shall be dismissed with prejudice pursuant to FED. R. CIV. PROC. 41, with each party to bear its own costs, expenses and attorneys' fees.

Date: May 7, 2018

Respectfully Submitted,

| LIEBER HAMMER HUBER, & PAUL, P.C. | OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| s/James B. Lieber | s/Michael E. Kennedy |
| James B. Lieber, Esq. | Michael E. Kennedy |
| Pa. I.D. No. 21748 | Pa. I.D. No. 52780 |
| Thomas M. Huber, Esq. | 6th Floor, Manor Complex |
| Pa. I.D. No. 83053 | 564 Forbes Avenue |
| Jacob M. Simon, Esq. | Pittsburgh, PA 15219 |
| Pa. I.D. No 202610 | (412) 565-2572 (tel.) |
| 5528 Walnut Street | fax:  (412) 565-3019 |
| Pittsburgh, PA 15232 | mkennedy@attorneygeneral.gov |
| (412) 687-2231 | |
| fax:  (412) 687-3140 | Attorneys for Defendants |
| jlieber@lhhb-law.com | |
| thuber@lhhb-law.com | |
| jsimon@lhhb-law.com | |
| | |
| Attorneys for Plaintiff | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Michael E. Kennedy, Esq.
Litigation Section, Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Counsel for Defendants

                                                  s/James B. Lieber
                                                  James B. Lieber
                                                  Counsel for Plaintiff